No. 1910. El Pueblo Apelado, *v.* The Times Publishing Company, Apelante.—Libelo. C. de D. de San Juan, Sección Segunda. R. mar. 19, 1924. Celebrada la vista con la asistencia de los abogados de ambas partes, examinados los

autos y los alegatos y visto lo resuelto en el caso de *El Pueblo* v. *Rodríguez,* 31 D. P. R. 699, se revoca la sentencia y absuelve a la acusada.